# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HRIYR JOHN DADAIAN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>GMAC MORTGAGE, LLC,<br><br>        Defendant(s). | Case No. 2:14-cv-00217-MMD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 10) |

    Pending before the Court is the motion of Wright, Finlay & Zak, LLP to withdraw as counsel for Defendant GMAC Mortgage. Docket No. 10. The Court has also received a response from Plaintiff. Docket No. 11. Any further response to the motion shall be filed no later than May 8, 2014. The Court hereby **SETS** a hearing on the motion for May 12, 2014, at 11:00 a.m. in Courtroom 3B. Defendant's current counsel, as well as a corporate representative of Defendant, are hereby ordered to attend the hearing. Any new counsel retained to represent Defendant in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than May 6, 2014, Defendant's current counsel of record shall notify Defendant of this order that it appear and shall file a proof of service. The Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

    IT IS SO ORDERED.

    DATED: May 2, 2014

                                            NANCY J. KOPPE
                                            United States Magistrate Judge